```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/1/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

TRUSTEES OF THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND, AND
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND, et al.,

                         Petitioners,

      - against -

PRUDENTIAL BUILDING SERVICES CORP.,

                         Respondent.

**23 Civ. 2849 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

A review of the Docket Sheet for the above-captioned matter indicates that no action has been taken since the Clerk of Court filed the Certificate of Default on May 15, 2023. (See Dkt. No. 11.) As Respondent has not filed a response or otherwise made an appearance in this action, the Court hereby directs Petitioners to file a motion for default judgment in accordance with Attachment 2 of the Court's Individual Practices and Local Rule 55 no later than twenty-one (21) days of the date of this Order. If no timely response to this Order is submitted, the Court may dismiss the action for lack of prosecution.

**SO ORDERED.**

Dated:    1 September 2023
            New York, New York

                                                        Victor Marrero
                                                        U.S.D.J.