USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/14/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and the CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,

Petitioners,

-against-

PRUDENTIAL BUILDING SERVICES CORP.,

Respondent.

23 CV 2849 (VM)

**ORDER AND JUDGMENT**

Petitioners having filed a petition to confirm an arbitration award ("Petition"), and a motion for default judgment to confirm an arbitration award ("Motion"), and the action having come before the Court, and the Court having considered the same and ordered entry of judgment in favor of Petitioners, now, therefore:

IT IS ORDERED AND ADJUDGED that the Petition and Motion are granted, the December 27, 2022 arbitration award ("Award") is confirmed, and judgment is entered in favor of Petitioners and against Respondent as follows:

1. Confirming the Award in all respects;
2. Awarding judgment in favor of Petitioners and against Respondent in the amount of $30,008.97 pursuant to the Award, plus interest thereon at the annual rate of 6.75% from December 27, 2022 through the date of judgment in the amount of $ 1,448.45 ;
3. Awarding judgment in favor of Petitioners and against Respondent in the amount of $2,418 in attorneys' fees and $185 in costs arising out of this proceeding; and
4. Awarding Petitioners post-judgment interest at the statutory rate.

Dated: New York, New York
       September 14, 2023

By: /s/ Victor Marrero
    Victor Marrero
    U.S.D.J.